FILED
CHARLOTTE, NC
MAR 25 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:3:19-mj-104 |
| | ) | |
| v. | ) | <u>ORDER TO SEAL</u> |
| | ) | <u>CRIMINAL COMPLAINT</u> |
| BROOKS HEATH GADDY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, the Criminal Complaint and attached Affidavit be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, the Criminal Complaint and attached Affidavit be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 25th day of March 2019.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE